914

No. 03–5518. BARNETT, AKA CLAGETT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–5519. BLACKBURN v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 03–5520. NEWPORT v. GALAZA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–5521. NOAH v. MANCARI'S CHRYSLER PLYMOUTH JEEP EAGLE, INC. C. A. 7th Cir. Certiorari denied.

No. 03–5522. VARGAS NAVARRO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–5524. WATERS v. DRETKE, DIRECTOR, TEXAS DEPART-MENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVI-SION. C. A. 5th Cir. Certiorari denied.

No. 03–5525. WRIGHT v. DUNCAN, SUPERINTENDENT GREAT MEADOW CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 03–5526. WALLACE v. DRETKE, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–5527. HUBLEY v. KELCHNER, SUPERINTENDENT, CAMP HILL CORRECTIONAL INSTITUTION, ET AL. C. A. 3d Cir. Certio-rari denied.

No. 03–5529. HOOKER v. AMERICAN AIRLINES, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–5530. FANIEL v. UNITED STATES. C. A. 5th Cir. Cer-tiorari denied.

No. 03–5532. GUTIERREZ v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–5533. HARMS v. SNOW, SECRETARY OF THE TREASURY. C. A. 8th Cir. Certiorari denied.